636

379 A.2d 609

Commonwealth v. Smith, Appellant.

Submitted June 22, 1976. Patrick H. Fierro, and Fierro & Miele, for appellant; David C. Shipman, Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

379 A.2d 610

Commonwealth v. Smith, Appellant.

Submitted June 28, 1976. Neil E. Jokelson, for appellant; Sally Hagenbuch DeMartini, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 610

Commonwealth v. Stanfield, Appellant.